*E-Filed 10/29/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. CR 010-546 RS |
| | ) | |
| v. | ) | [PROPOSED] STIPULATED ORDER RE: PRETRIAL SCHEDULE AND DISCOVERY DISCLOSURE DATES |
| ANDRE NED, | ) | |
| | ) | |
| Defendant. | ) | |

The parties in the above-entitled case have met and conferred as directed by Local Rule 16-1 and propose the following schedule for pretrial and *in limine* motions and hearings, and for discovery disclosures. This schedule assumes that jury selection will occur on Friday, December 10, 2010, and the trial will commence with opening statements on Monday, December 13, 2010.

**Pretrial Motions**

1. The Court will have a pretrial motions hearing, if necessary, on Tuesday, November 30, at 2:30 p.m.

    a. The parties shall cross-file any pretrial motions on Tuesday, November 2, 2010;

    b. The parties shall cross-file oppositions to pretrial motions on Tuesday, November 16, 2010;

    c. The parties may cross-file replies to oppositions to pretrial motions on Tuesday, November 23, 2010.

*Ned*, CR 10-546 RS
STIP. ORD. RE: PRETRIAL DATES

**Discovery**

2. By November 19, 2010, at 5:00 pm, the parties shall reciprocally disclose:

   a. An identification of any expert witnesses, along with their curriculum vitae and a meaningful summary of the witnesses's anticipated testimony;

   b. Witness and exhibit lists for the cases in chief;

   c. Identification of evidence sought to be admitted under Federal Rules of Evidence 404(b), 608, and 609, to the extent required by Federal Rules of Evidence;

   d. Materials required to be disclosed under Federal Rule of Criminal Procedure 16;

      i. In this stipulated order, the defense disclaims any alibi defense;

      ii. In this stipulated order, the defense disclaims any insanity defense;

   e. Materials required to be disclosed under Local Rule of Criminal Procedure 16-1(c);

   f. *Brady* / *Giglio* evidence to be disclosed by the government, including witness statements that fall within *Brady*;

   g. On November 19, the parties will jointly disclose witness statements covered by the Jencks Act, to the extent they exist. Any additional Jencks material shall be jointly disclosed by December 10, 2010, at 5:00 p.m.

**Pretrial Conference**

3. The Pretrial Conference shall be held on Friday, December 3, at 2:00 p.m.[1];

4. By Monday, November 22, 2010, at 5:00 p.m., the parties shall file any *in limine* motions. Filings to be made on November 22 shall include:

   a. Motions under Federal Rule of Evidence 702 regarding expert witnesses;

   b. Motions to exclude evidence offered under Federal Rules of Evidence 404(b), 608, or 609;

---

[1] At the trial setting hearing on October 19, 2010, the parties proposed a November 30 pretrial conference, with a separate date for a hearing on the motions. The Court indicated that a Monday or Friday would work best. Upon reconsideration, the parties believe it would be prudent to have the motions hearing prior to the pretrial conference, so they propose having the motions hearing on November 30th, with the pretrial conference to follow on December 3.

   c. Motions to exclude hearsay evidence, to the extent known by that date;

   d. Motions in support of or contesting proposed jury instructions;

   e. The Pretrial Conference Statement;

   f. Proposed jury instructions;

   g. Proposed verdict forms;

   h. Proposed voir dire questions;

   i. Any stipulations;

5. Oppositions shall be cross-filed by November 30, 2010, at 5:00 p.m.;

6. The parties will not file reply briefs.

7. The Court shall hear argument on any motions *in limine* at the pretrial conference.

**Trial**

The parties agree to identify the witnesses they intend to call the following day during trial and to make a good-faith effort to describe the order of witnesses by 5:00 p.m. on the evening before testimony.

For good cause shown the Court adopts this proposed pretrial schedule.

IT IS SO STIPULATED.

|  |  |
|---|---|
| DATED | /s/<br>MELINDA HAAG<br>United States Attorney<br>Northern District of California<br>KATHRYN HAUN<br>Assistant United States Attorney |
| DATED | /s/<br>BARRY J. PORTMAN<br>Federal Public Defender<br>Northern District of California<br>RITA BOSWORTH<br>Assistant Federal Public Defender |

1  IT IS SO ORDERED.

2

3  10/29/10

4  DATED                           RICHARD SEEBORG
                                   United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Ned*, CR 10-546 RS
STIP. ORD. RE: PRETRIAL DATES                4