MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

KATHRYN R. HAUN  (DCBN 484131)
Assistant United States Attorney
    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: kathryn.haun@usdoj.gov

Attorneys for United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0546 RS |
| ) | |
|     Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER REGARDING RE-WEIGHING OF |
|  v. ) | CERTAIN EVIDENCE |
| ) | |
| ANDRE NED, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

      Although the government and defendant disagree about the need for the defendant to conduct a re-weighing of the crack cocaine evidence in this case, in order to expeditiously move the case forward to trial the parties hereby agree and stipulate to a re-weighing of the crack cocaine evidence in this case.  The defendant understands that the government may object to the admission of any such re-weighing evidence at trial.

      However, the parties have worked together to agree to a re-weighing to be conducted by the DEA Western Regional Laboratory.  Accordingly, the parties hereby stipulate as follows:

(1) At a time agreed to by the parties sometime during the week of Monday, November 15, 2010, the defendant's counsel shall be permitted to observe as a DEA Forensic Chemist of the DEA

STIP. & PROPOSED ORDER
Case No. CR 10-0546 RS

1  Western Regional Laboratory performs a re-weighing of the crack cocaine evidence at issue in
2  this case.
3  (2) Defense counsel are precluded from disclosing the location of DEA Western Regional
4  Laboratory.
5  (3) The drugs will not be retested for chemical analysis but will rather only be re-weighed. The
6  drugs will be taken out of the packaging for purposes of the re-weigh.
7  (4) Other than as set forth herein, the re-weigh will be in compliance with 21 C.F.R. 1301.11 et
8  seq.
9  (5) Defendant's counsel and the government will be provided with the results of the re-weigh at
10 the same time by the DEA as soon as practicable.
11 (6) Counsel for the government may be present during the re-weigh, and the narcotics to be re-
12 weighed will be transported from the FBI's evidence room by an FBI agent and transported to
13 the DEA Western Regional Laboratory.
14 (7) Defendant respectfully seeks leave of the Court to withdraw without prejudice his motion to
15 compel discovery of the narcotics.
16     Accordingly, in light of the parties' stipulations and in accordance with Fed. R. Crim. P.
17 16(a)(1)(E), it is so ORDERED.

DATED: November 12, 2010          Respectfully submitted,

                                  MELINDA HAAG
                                  United States Attorney

                                          /s/
                                  KATHRYN HAUN
                                  Assistant U.S. Attorney


                                          /s/
                                  RITA BOSWORTH
                                  DANIEL BLANK
                                  Counsel for Defendant

IT IS SO ORDERED.

DATED: 11/12/10                   _____
                                  THE HON. RICHARD SEEBORG
                                  United States District Court Judge

STIP. & ~~PROPOSED~~ ORDER
Case No. CR 10-0546 RS                      -2-