*E-Filed 11/24/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>ANDRE NED,<br><br>  Defendant.<br>_____/ | No. CR 10-0546 RS<br><br>**ORDER RE: DEFENDANT'S MOTION TO COMPEL DISCLOSURE OF CONFIDENTIAL INFORMANT'S IDENTITY** |

The Court shall conduct a telephonic *in camera* proceeding with the confidential informant to determine if his or her identity must be disclosed to the defense. The hearing on defendant's motion scheduled on November 30, 2010 at 2:30 p.m. is **vacated** and the matter shall be considered submitted on the papers.

The prosecution is instructed to call 415/522-4121 by close of business on Monday, November 29, 2010, to receive logistical instructions. Also by close of business on November 29, the defense may submit in writing any questions it would like the Court to ask the informant in its absence.

IT IS SO ORDERED.

Dated: 11/24/2010

No. CR 10-0546 RS
Order

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 10-0546
ORDER