| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | RITA BOSWORTH |
| | Assistant Federal Public Defender |
| 3 | 450 Golden Gate Avenue |
| | 19th Floor Federal Building–Box 36106 |
| 4 | San Francisco, CA 94102 |
| | Telephone: (415) 436-7700 |

Counsel for Defendant ANDRE NED

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-546 RS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE SENTENCING** |
| vs. | ) | |
| | ) | Current Date: April 19, 2011, at 2:30 p.m. |
| | ) | Proposed Date: May 10, 2011, at 2:30 p.m. |
| ANDRE NED | ) | |
| | ) | |
| Defendant. | ) | |

1. Mr. Ned was convicted at trial on December 16, 2010. On that date, the parties scheduled his sentencing hearing for April 19, 2011. For reasons unknown to her at the time of the setting, undersigned defense counsel now represents that she will be unavailable on April 19 for Mr. Ned's sentencing. In order for Mr. Ned to have his counsel present at his sentencing, undersigned defense counsel requests that the Court reschedule the sentencing hearing for May 10, 2011.

2. Assistant United States Attorney Kathryn Haun does not object to this request.

3. U.S. Probation Officer Connie Cook does not object to this request.

4. All parties are available on May 10.

IT IS SO STIPULATED.

4/11/11                                                                  /s/
_____          _____
DATED                                          KATHRYN HAUN
                                                      Assistant United States Attorney


4/11/11                                                                  /s/
_____          _____
DATED                                          RITA BOSWORTH
                                                      Assistant Federal Public Defender

Mr. Ned's sentencing hearing shall be re-scheduled for May 10, 2011, at 2:30 p.m.  In addition, the Court sets the following due dates for the filings in this case:

April 19: Government Opposition to Defendant's Rule 29 and 33 Motions

April 26: Defendant's Reply to Government Opposition (if any)

April 26: Defendant and Government Sentencing Memoranda

May 3: Defendant and Government Sentencing Replies (if any)

IT IS SO ORDERED.

 4/11/11                                        _____
DATED                                          RICHARD SEEBORG
                                                      United States District Judge